### Benjamin Taylor *v.* Margaret Evans, Appellant.

Argued March 26, 1896. Appeal, No. 221, July T., 1895, by defendant, from judgment of C. P. No. 2, Phila. Co., June T., 1892, No. 676, on verdict for defendant. Before STERRETT C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

*J. Howard Morrison*, for appellant.

*William H. Peace*, for appellee.

OPINION BY MR. JUSTICE GREEN, October 5, 1896 :

For the reasons expressed in the opinion in the case No. 222, July T., 1895, Evans v. Taylor, supra, 286, the defense set up in this case must be pronounced invalid and, therefore,

The judgment is affirmed.